AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ANDREW GIANINO,<br>SARA GIANINO,<br>Individuals,<br><br>*Plaintiff(s)*<br><br>v.<br><br>BROWARD AUTOMOTIVE, INC.<br>d/b/a AUDI CORAL SPRINGS,<br>A Florida Corporation,<br><br>*Defendant(s)* | Civil Action No.  0:23-cv-60464-AHS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  BROWARD AUTOMOTIVE, INC.
C/O its Registered Agent:
Shewbridge, Christine
Lakeland, FL 33805


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SUE YOUR DEALER - A LAW FIRM
1930 HARRISON STREET
SUITE 208 F
HOLLYWOOD, FL 33020
P:  954.228.5674
F:  954.697.0357

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 13, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ R. Bissainthe

Deputy Clerk
U.S. District Courts