UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60464-CIV-SINGHAL

ANDREW GIANINO,
SARA GIANINO,

    Plaintiffs,

v.

BROWARD AUTOMOTIVE, INC.
f/d/b/a AUDI CORAL SPRINGS,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion to Dismiss (DE [17]). This Court's Notice of Court Practices states "[u]nless otherwise specified by the Court, every motion, legal memorandum, brief, and otherwise shall: *be double-spaced*, in justified alignment, in 12-point font, using either Times New Roman or Arial typeface. This Notice does not supplant the requirements and provisions of Local Rule 7.1(c)." (DE [6]) (emphasis added). Defendant's motion, however, does not conform with the double-spacing requirement. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (DE [17]) is **DENIED WITHOUT PREJUDICE**. Defendant has twenty-one (21) days from the entry of this order to re-file its motion in compliance with the Court's Court Practices.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of October 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF